THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _LRCiv P 5.4_
(Rule Number/Section)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐

MAR 2 0 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the

District of

Division

Reginald Sanders
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Fitness International, LLC dba Esporta Fitness
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **CV23-00481-PHX-MTL**
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Reginald Sanders
Address: 914 E. Broadway Rd #1171
City: TEMPE   State: AZ   Zip Code: 85282
County: Maricopa
Telephone Number: 310-684-9203
E-Mail Address: reggiedsanders@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Fitness International, LLC dba Esporta Fitness
Job or Title (if known):
Address: 1844 W. Rio Salado Parkway
City: Mesa   State: AZ   Zip Code: 85201
County: Maricopa
Telephone Number:
E-Mail Address (if known):
☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name: Fitness International, LLC dba Esporta Fitness
Job or Title (if known):
Address: 3161 Michelson Drive, STE 600
City: Irvine   State: CA   Zip Code: 92612
County: Maricopa
Telephone Number:
E-Mail Address (if known):
☐ Individual capacity   ☐ Official capacity

Defendant No. 3
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:

Page 2 of 6

County  
Telephone Number  
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4  
    Name  
    Job or Title *(if known)*  
    Address

*City*    *State*    *Zip Code*

County  
Telephone Number  
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)  
    ☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Public Accommodations Charge of Discrimination*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Esporta Fitness, 1844 W. Rio Salado Parkway, Mesa, AZ 85201

B.   What date and approximate time did the events giving rise to your claim(s) occur?

11/16/2021

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I. Personal Harm: I was denied the full and equal enjoyment of this public accommodation due to my sex, male. (Reverse discrimination) The general manager and office manager (both female) discriminated against me when I requested their assistance involving my ex-girlfriend terrorizing me in and outside of their facility. The facility did minimal to provide film of incident to Mesa Police Department despite weeks of request. Esporta then report the film was deleted.

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was in therapy for several months regarding the entire situation.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to hold Esporta Fitness Accountable for gender discrimination against me. I would also like to hold them accountable for failing to retain the video of incident. I am requesting money damages in the amount of $100,000 And punitive damages for injuries sustain mentally for their failure to assist their member. their was harassment and the inability to use the facility I have been a member for 10 years.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/20/2023

Signature of Plaintiff
Printed Name of Plaintiff: Reginald Sanders

**B.   For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City   State   Zip Code

Telephone Number
E-mail Address