# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reginald Sanders, | No. CV-23-00481-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Fitness Interenational, LLC dba Esporta Fitness, | |
| Defendant. | |

The Court has reviewed Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS ORDERED granting** the application for leave to proceed in forma pauperis (Doc. 2), without prepayment of costs or fees or the necessity of giving security therefor. Plaintiff shall be responsible for service of the summons and complaint.

Dated this 5th day of April, 2023.

Michael T. Liburdi
United States District Judge