# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reginald Sanders,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Fitness International LLC, et al.,<br><br>　　　　Defendants. | NO. CV-23-00481-PHX-MTL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 20, 2023, judgment for Defendants is entered. The complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 20, 2023

　　　　　　　　　　　　　　　　　s/ Wendy Poth
　　　　　　　　　　　　　By　　Deputy Clerk